UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYRONE DONOVAN JACOBS,<br><br>Plaintiff,<br><br>v.<br><br>LIEUTENANT ANDUJAR,<br><br>Defendant. | Civil Action<br>No. 22-1205 (CPO) (MJS)<br><br>**ORDER** |

**O'HEARN, District Judge.**

Before the Court is Defendant Andujar's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and motion for summary judgment pursuant to Federal Rule of Civil Procedure Rule 56, and the Court having considered the parties' submissions, and for the reasons explained in the Opinion of today's date,

IT IS on this 12th day of March 2024,

**ORDERED** that Defendant's motion for summary judgment, (ECF No. 19), is GRANTED; and it is further

**ORDERED** that Defendant's motion to dismiss, (ECF No. 19), is DENIED AS MOOT; and it is further

**ORDERED** that the Clerk of the Court shall send a copy of this Order and the accompanying Opinion to Plaintiff by regular U.S. mail and CLOSE this case.

/s/ Christine P. O'Hearn
**Christine P. O'Hearn**
**United States District Judge**